NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ADVANCED TECHNOLOGY & MATERIALS CO., LTD., BEIJING GANG YAN DIAMOND PRODUCTS COMPANY, AND GANG YAN DIAMOND PRODUCTS, INC.,**
*Plaintiffs-Appellants,*

**AND**

**BOSUN TOOLS GROUP CO., LTD.,**
*Plaintiff,*

**v.**

**UNITED STATES,**
*Defendant,*

**AND**

**DIAMOND SAWBLADES MANUFACTURERS COALITION,**
*Defendant-Appellee,*

**AND**

**WEIHAI XIANGGUANG MECHANICAL INDUSTRIAL CO., LTD., AND QINGDAO SHINHAN DIAMOND INDUSTRIAL CO., LTD.,**
*Defendants.*

———————————

2014-1154

---

Appeal from the United States Court of International Trade in No. 1:09-cv-00511-RKM, Senior Judge R. Kenton Musgrave.

---

## JUDGMENT

---

HERBERT C. SHELLEY, Steptoe & Johnson LLP, of Washington, DC, argued for plaintiffs-appellants. With him on the brief was CHRISTOPHER G. FALCONE. Of counsel on the brief was JEFFREY S. NEELEY, Barnes, Richardson & Colburn, LLP, of Washington, DC.

DANIEL B. PICKARD, Wiley Rein LLP, of Washington, DC, argued for defendant-appellee. With him on the brief was MAUREEN E. THORSON.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and O'MALLEY, *Circuit Judges*).

### AFFIRMED. *See* Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

October 24, 2014      /s/ Daniel E. O'Toole
Date      Daniel E. O'Toole
Clerk of Court